JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| American General Life Insurance Company, | Case No. 2:22-cv-02380-AB(MRWx) |
|---|---|
| Plaintiff, | |
| v. | |
| Giovanni Merino, | **ORDER DISMISSING CIVIL ACTION** |
| Defendant. | |
| American General Life Insurance Company, | |
| Counterclaimant, | |
| v. | |
| Giovanni Merino, | |
| Counterdefendant. | |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-

1.

open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: July 10, 2023

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE